# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT JOHNSON, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WIRELESS FACILITIES, INC., ERIC M. DEMARCO, SCOTT ANDERSON, BANDEL CARANO, WILLIAM HOGLUND, SCOT JARVIS, LAURA L. SIEGAL, CAROL A. CLAY, ANDREW LEITCH, MASOOD K. TAYEBI, DEANNA LUND, DAN STOKELY, WILLIAM OWENS, DAVE GARRISON, TERRY ASHWILL, DAVID LEE, THOMAS MUNRO AND MASSIH TAYEBI,<br><br>　　　　Defendants. | Master File No. 07-CV-0482-BTM NLS<br><br>**ORDER GRANTING SUBSTITUTION OF ATTORNEY** |

Pursuant to Civil Rule 83.3(g)(2) of the Southern District of California and the executed Substitution of Attorney for Defendant Terry Ashwill in the above-referenced matter, said Substitution is GRANTED.

IT IS SO ORDERED.

Dated: August 29, 2007

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Honorable Barry Ted Moskowitz
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

OHS West:260292944.1

ORDER GRANTING SUBSTITUTION OF ATTORNEY
07-CV-0482-BTM NLS